UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

UNITED STATES OF AMERICA,

                                                                 **DECISION AND ORDER**

        v.                                                       19-CR-133-A

CHELSEY HUNT,

                Defendant.
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

      This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr. pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On May 6, 2021, defendant Chelsey Hunt appeared before Magistrate Judge Schroeder and entered a plea of guilty to Count 2 of the Superseding Indictment which charges defendant with maintaining a drug involved premises in violation of 21 U.S.C. § 856(a)(1).

      Magistrate Judge Schroeder issued a Report and Recommendation (Dkt. No. 230) confirming his oral findings that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. It is hereby

      **ORDERED** that, upon review of the transcript of the May 6, 2021, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that defendant Hunt's plea of guilty was knowing, voluntary, and has a factual basis. Accordingly, defendant Hunt's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation. Dkt. No. 230. Sentencing is scheduled for September 7, 2021 at

12:30 pm.  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

                                                 __*s/Richard J. Arcara*_____

                                                 HONORABLE RICHARD J. ARCARA

                                               UNITED STATES DISTRICT COURT

Dated: May 25, 2021